# Court of Appeals
# of the State of Georgia

ATLANTA, October 29, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0331. IN THE INTEREST OF H. B., a child.**

The Jeff Davis County Juvenile Court adjudicated H. B. delinquent but postponed final disposition. H. B. filed this appeal from the adjudication. OCGA § 15-11-35 authorizes direct appeals from "final judgments of the juvenile court." An adjudication order alone, however, is not a final judgment that is directly appealable. See *In the Interest of G. C. S.*, 186 Ga. App. 291, 292 (367 SE2d 103) (1988). Because this case remains pending before the juvenile court, H. B. was required to use the interlocutory appeal procedures—including obtaining a certificate of immediate review from the trial court—to appeal the adjudication of delinquency. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435 (383 SE2d 906) (1989). His failure to do so deprives us of jurisdiction over this appeal. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/29/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*